FEE PAID

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

OCT - 7 1999
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

**KATHLEEN & HENRY BAUER**
    **Plaintiff**

v.

**SCIENTIFIC SPINAL, et al.**
    **Defendants**

C.A. NO. 96-404

Hon. J. Frederick Motz

_____ FEE PAID

_____ FEE NOT PAID
(SEND LETTER)

FILED _____ ENTERED
LODGED _____ RECEIVED

OCT 12 1999
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 101.1(b) of this Court, James Koch, Esquire, a member of the Bar of this Court, moves the admission of Andrew M. Ominsky, Esquire to appear *pro hac vice* in the captioned proceeding as counsel for Plaintiff.

Movant and the proposed admittee respectfully certify as follows:

1.   The proposed admittee is a member in good standing of the Bars of the States of Pennsylvania and Colorado and/or the following United States Courts: Eastern District of Pennsylvania, Middle District of Pennsylvania, the District of Colorado and the Sixth Circuit Court of appeals.

2.   During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted *pro hac vice* in this court __0__ time(s).

3.   The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: None.

4.   The proposed admittee is familiar with Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence,



and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

    5.    Co-counsel for the proposed admittee in this proceeding will be the undersigned or James Koch, Esquire, who has been formally admitted to the bar of this Court.

    6.    It is understood that admission *pro hac vice* does not constitute formal admission to the bar of this Court.

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| _/s/ James Koch_ <br> Signature | _/s/ [signature]_ <br> Signature |
| 1101 St. Paul Street, Suite 403 <br> Baltimore, MD 21202 <br> (410) 539-7816 <br> (410) 539-3957 | 1760 Market Street, 10th Floor <br> Philadelphia, PA 19103 <br> (215) 568-4500 <br> (215) 751-9005 (Fax) |

01359
MD U.S. District Court Number

## ORDER

Motion      ✓ GRANTED

Motion      ___ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion      ___ DENIED

_October 12, 1999_          _/s/_
Dated                                          Judge, U.S. District Court