IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KATHLEEN AND HENRY BAUER    *
                            *
v.                          *  Civil No. JFM-96-404
                            *
SCIENTIFIC SPINAL, LTD.     *
                         *****

ORDER

For the reasons stated on the record on October 15, 1999, it is this 18th day of October 1999

ORDERED

1. Defendant's motion for summary judgment is granted; and

2. Judgment is entered in favor of defendant against plaintiffs.

J. Frederick Motz
United States District Judge

