IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KATHLEEN AND HENRY BAUER | C.A. NO. 96-404 |
| V. | The Honorable J. Frederick Motz |
| SCIENTIFIC SPINAL, LTD., ET. AL. | |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly enter my Withdrawal of Appearance in the above-captioned matter.

OMINSKY & MESSA, P.C.

_____
ANNEMARIE MARTIN-BOYAN
Attorney for Plaintiffs

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance as attorney for the Plaintiffs' in the above-captioned matter.

OMINSKY & MESSA, P.C.

_____
ANDREW M. OMINSKY
Attorney for Plaintiffs