## GOODELL, DEVRIES, LEECH & GRAY, LLP
ATTORNEYS AT LAW
ONE SOUTH STREET, 20TH FLOOR
BALTIMORE, MARYLAND 21202

TELEPHONE (410) 783-4000

FACSIMILE (410) 783-4040

Thomas J. S. Waxter, III
DIRECT DIAL NUMBER
  (410) 783-4980
E-Mail: TJW@GDLGLAW.COM

October 19, 1999

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

OCT 2 0 1999

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

Clerk
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    Kathleen and Henry Bauer v. Scientific Spinal, Ltd., et al.
           C.A. No. JFM-96-404

           Luciano Sorrentino v. Scientific Spinal, Ltd,. et al.
           C.A. No. JFM-96-406

Dear Clerk:

    Rick Barnes and Charlie Goodell of our office have recently received pleadings in the above matters. Previously, we have represented both Pfizer Inc. and Howmedica Inc. in litigation involving pedicle screws. However, our clients are no longer Defendants in either of the above two pieces of litigation. Accordingly, we would respectfully request that you remove our names from any service list in connection with these two matters.

    If you have any questions regarding this request, please feel free to contact me.

Very truly yours,

Thomas J. S. Waxter, III

TJSW,III/mkw
cc:    Richard M. Barnes, Esquire

247194