IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KATHLEEN AND HENRY BAUER | * | |
| | * | |
| v. | * | Civil No. JFM-96-404 |
| | * | |
| SCIENTIFIC SPINAL, ET AL. | * | |
| | ***** | |

ORDER

Upon consideration of the memoranda submitted in connection with plaintiffs' motion for reconsideration, it is, this 17th day of May 2000

ORDERED that said motion be denied.

_____
J. Frederick Motz
United States District Judge