IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 OCT 19 P 5: 56

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

| | | |
|---|---|---|
| THOMAS MCCLURE, et al. | : | |
| v. | : | CIVIL ACTION NO. JFM-95-3867 |
| SCIENTIFIC SPINAL, et al. | : | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GERTRUDE KRUZE | : | |
| v. | : | CIVIL ACTION NO. JFM-95-3868 |
| SCIENTIFIC SPINAL, et al. | : | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DIANNE DUDAS, et al. | : | |
| v. | : | CIVIL ACTION NO. JFM-95-3869 |
| SCIENTIFIC SPINAL, et al. | : | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KATHLEEN BAUER, et al. | : | |
| v. | : | CIVIL ACTION NO. JFM-96-404 |
| SCIENTIFIC SPINAL, et al. | : | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LUCIANO SORRENTINO  :

v.  : CIVIL ACTION NO. JFM-96-406

SCIENTIFIC SPINAL, et al.  :

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

In accordance with the foregoing Memorandum, **IT IS** this *19th* day of *October*, 2000 by this Court hereby **ORDERED**:

1. That the Bills of Costs filed by defendant Scientific Spinal, Inc. in connection with the above-captioned cases (respectively, Paper Nos. 24, 23, 50, 28 and 43), **ARE DENIED**; and

2. That the Clerk of Court **MAIL** a copy of this Order, together with the foregoing Memorandum, to counsel for all parties in these cases.

J. Frederick Motz
United States District Judge